UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| NATURAL RESOURCES WORLDWIDE LLC | CASE NO.  6:25-CV-01441 |
| VERSUS | JUDGE DONALD E. WALTER |
| AMERICAN PANTHER LLC | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED** that, consistent with the report and recommendation, the Motion to Transfer Venue filed by Defendant, American Panther, LLC (Rec. Doc. 15) is **GRANTED**. This matter and related case 6:25-CV-01908 are hereby transferred to the United States District Court for the Northern District of Texas, Fort Worth Division.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 18th day of February, 2026.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE